IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JOHN EDWARD PARKER,

    Plaintiff,

v.                                                  CASE NO. 4:06-cv-00082-MP-AK

BRENT CHAMBERS,
J R KING,
D A MILLS,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 24, Report and Recommendations of the Magistrate Judge, recommending that Doc. 19, Amended Complaint filed by John Edward Parker be dismissed for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e) and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Plaintiff filed objections, doc. 28, which the Court has reviewed. The Plaintiff also filed an Amended Motion for Temporary Restraining Order, doc. 27, and a Motion for Default Judgment, doc. 29.

In the Exhibits to Plaintiff's Objections, he includes several of the grievances he filed in the prison system and the responses from prison officials. The latest-dated response states, "The subject of your grievance is currently being reviewed by the investigative section of the Office of the Inspector General...Upon completion of this review, information will be provided to appropriate administrators for final determination and handling." (doc. 28, p. 6). In other words, Plaintiff's own exhibit shows that he has not exhausted administrative remedies. Additionally, his amended motion for temporary restraining order (doc. 27) does not cure either of the

deficiencies of his previous motion for restraining order that was denied in the Order at doc. 26. Finally, the motion for default judgment is not well taken since the defendant has not even been served in this case.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Amended Motion for Temporary Restraining Order, doc. 27, and a Motion for Default Judgment, doc. 29 are denied.

2. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

3. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this _29th_ day of December, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge